## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Douglas A. Kelley,

        Plaintiff,                       Civil No. 12-822 (RHK/LIB)

vs.                                     **ORDER**

College of Saint Benedict,

        Defendant.

---

This matter is venued in the Sixth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated: April 23, 2012

                                                   s/Richard H. Kyle
                                                   RICHARD H. KYLE
                                                   United States District Judge